

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br><br>Vidal Licon-Robles<br>REG 84891-510<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:23-cr-00524-DMG-8<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of _plaintiff and defendant_ , IT IS ORDERED that a detention hearing is set for _November 7, 2023_ , _____, at _10:00_ ☒ a.m. / ☐ p.m. before the Honorable _A. Joel Richlin_ , in Courtroom _780_ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: _11/02/2023_         _/s/ Joel Richlin_
U.S. ~~District Judge~~/Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT
CR-66 (10/97)                                                                                     Page 1 of 1