E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JULIE J. SHEMITZ (Cal. Bar No. 224093)
Assistant United States Attorney
International Narcotics, Money Laundering, and Racketeering Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-5735
    Facsimile: (213) 894-0142
    Cell:    (213) 500-9369
    E-mail:   julie.shemitz@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:23-CR-524-DMG-all |
|---|---|
|     Plaintiff, | GOVERNMENT'S STATUS REPORT RE: COMPLEX CASE; DECLARATION OF JULIE J. SHEMITZ |
|       v. | |
| EDGAR JOEL MARTINEZ-REYES, ET AL., | |
|     Defendants. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Julie J. Shemitz, hereby files its status report per the Court's order of November 1, 2023.

This report is based upon the attached declaration of Julie J.

//
//
//
//

1  Shemitz, the files and records in this case, and such further

2  evidence and argument as the Court may permit.

3  Dated: November 14, 2023          Respectfully submitted,

4                                    E. MARTIN ESTRADA
                                      United States Attorney
5
                                      MACK E. JENKINS
6                                     Assistant United States Attorney
                                      Chief, Criminal Division
7

8                                     _____/s/_____
                                      JULIE J. SHEMITZ
9                                     Assistant United States Attorney

10                                    Attorneys for Plaintiff
                                      UNITED STATES OF AMERICA
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>DECLARATION OF JULIE J. SHEMITZ</u>

I, Julie J. Shemitz, declare and state the following:

1.   I am an Assistant United States Attorney for the Central District of California, assigned to investigate and prosecute the instant case.

2.   On October 26, 2023, a Grand Jury for the Central District of California returned a ten-count indictment alleging conspiracy to aid and abet drug distribution in violation of 21 U.S.C. § 846; conspiracy to launder monetary instruments in violation of 18 U.S.C. § 1956(h); possession with intent to distribute a controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)&(B); conspiracy to operate an unlicensed money transmitting business in violation of 18 U.S.C. §§ 371, 1960; and aggravated assault on a federal officer in violation of 18 U.S.C. §§ 111(a)(1), (b) against fourteen defendants.

3.   On November 1, 2023, the first three defendants appeared following their respective arrests on the indictment warrants for their initial appearances and to be arraigned on the indictment: Oscar Eduardo Mayorga, Bernardo Mauberis, and Vidal Licon-Robles.  At that time, the Honorable A. Joel Richlin, United States Magistrate Judge, notified the government that the case was assigned to this Court, and that the Court required the disclosure of discovery within two weeks.

4.   Subsequently, defendants Raul Contreras, Guillermo Zambrano, Edgar Joel Martinez-Reyes, and Jiande Zhou made their initial appearances, with the latter occurring on November 13, 2023.

5.   Two additional defendants have been arrested on the indictment warrants and outside the district and are expected to

1    appear before the Court for initial appearance and arraignment

2    sometime in the next two weeks.

3        6.    The other five defendants remain at large and their

4    whereabouts are unknown.

5        7.    Local Criminal Rule 7-3 Notice of Complex Case provides:

6        If a criminal case includes eight or more defendants in the
         indictment or if the presentation of evidence (including
7        cross-examination) in the government's case-in-chief will
         exceed twelve trial days, the case is considered "complex."
8        In such cases, the government must file with the Court, at
         the time the indictment is filed, a Notice of Complex Case
9        that indicates the grounds for considering the case
         complex. Likewise, upon the filing of a superseding
10       indictment in a case not previously identified as complex,
         the government must file a Notice of Complex Case if the
11       case now qualifies as such.

12       8.    While the instant case does involve more than eight

13   defendants, it is highly unlikely that more than a few will proceed

14   to trial: upon arrest, several of the defendants apprehended

15   indicated their willingness to cooperate with the government and

16   intention to plead guilty pursuant to plea agreements.

17       9.    It is therefore not expected that the trial of this matter

18   will involve all 14 defendants or exceed ten court days.

19       10.   The government is preparing a proposed protective order to

20   enable the disclosure of discovery that contains either confidential

21   source information or personal identifying information.  Once a

22   protective order has been entered, the government will be able to

23   disclose a first batch of material pursuant to its discovery

24   obligations.  While the discovery is somewhat voluminous, and

25   includes reports from multiple agencies, the material is not of a

26   complex nature.

27

28

11.  In the event that a superseding indictment is filed, charging additional defendants, or alleging additional charges, the United States will revisit the issue with this Court.

12.  For all of the above reasons, the United States respectfully submits that a Complex Case Order is not required at this time.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on November 14, 2023.

/s/
JULIE J. SHEMITZ