1  reasonable time necessary for effective preparation, taking into
2  account the exercise of due diligence.
3       9.   Nothing in this stipulation shall preclude a finding that
4  other provisions of the Speedy Trial Act dictate that additional time
5  periods be excluded from the period within which trial must commence.
6  Moreover, the same provisions and/or other provisions of the Speedy
7  Trial Act may in the future authorize the exclusion of additional
8  time periods from the period within which trial must commence.
9       IT IS SO STIPULATED.
   Dated: August 5, 2024          Respectfully submitted,
10
                                  E. MARTIN ESTRADA
11                                United States Attorney

12                                MACK E. JENKINS
                                  Assistant United States Attorney
13                                Chief, Criminal Division

14
                                        /s/
15                                JULIE J. SHEMITZ
                                  Assistant United States Attorney
16
                                  Attorneys for Plaintiff
17                                UNITED STATES OF AMERICA

18

19

20       I am EDGAR MARTINEZ-REYES's attorney. I have carefully
21  discussed every part of this stipulation and the continuance of the
22  trial date with my client. I have fully informed my client of his
23  Speedy Trial rights. To my knowledge, my client understands those
24  rights and agrees to waive them. I believe that my client's decision
25  to give up the right to be brought to trial earlier than _____
26  is an informed and voluntary one.
27  _____       8-24-2024
    ZAIRA VILLAGOMEZ                       Date
28

5

Scanned with CamScanner

```
                    /s/ (signature)
                    _____          _____
1                   Attorney for Defendant
                    EDGAR MARTINEZ-REYES
2

3
        I have read this stipulation and have carefully discussed it
4
   with my attorney. I understand my Speedy Trial rights. I voluntarily
5
   agree to the continuance of the trial date and give up my right to be
6
   brought to trial earlier than October 21, 2025. I understand that I
7
   will be ordered to appear in Courtroom 8C of the Federal Courthouse,
8
   350 W. 1st Street, Los Angeles, California on October 21, 2025 at
9
   8:30 a.m.
10
                                                                 8-12-24
11  _____          _____
    EDGAR MARTINEZ-REYES                      Date
12  Defendant

13                       CERTIFICATION OF INTERPRETER

14      I, Zaira Villagran, am fluent in the written and spoken

15  English and Spanish languages. I accurately translated this entire

16  agreement from English into Spanish to defendant EDGAR MARTINEZ-REYES

17  on this date.
                                                                 8-12-24
18  _____          _____
    INTERPRETER                               Date
```

6