1   I am JOSE ANTONIO PARDO's attorney.  I have carefully discussed
2   every part of this stipulation and the continuance of the trial date
3   with my client.  I have fully informed my client of his Speedy Trial
4   rights.  To my knowledge, my client understands those rights and
5   agrees to waive them.  I believe that my client's decision to give up
6   the right to be brought to trial earlier than October 21, 2025 is an
7   informed and voluntary one.

8   /s/ PC                                    08-07-2024
9   MICHAEL S. CHERNIS                        Date
    Attorney for Defendant
10  JOSE ANTONIO PARDO

11
    I have read this stipulation and have carefully discussed it
12  with my attorney. I understand my Speedy Trial rights.  I voluntarily
13  agree to the continuance of the trial date, and give up my right to
14  be brought to trial earlier than October 21, 2025.  I understand that
15  I will be ordered to appear in Courtroom 8C of the Federal
16  Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
17  2025 at 8:30 a.m.

18
19  /s/ Jose pardo (Aug 7, 2024 22:39 PDT)    08/07/2024
    JOSE ANTONIO PARDO                        Date
20  Defendant

21
                    **CERTIFICATION OF INTERPRETER**
22
        I, _____, am fluent in the written and spoken
23  English and Spanish languages.  I accurately translated this entire
24  agreement from English into Spanish to defendant JOSE ANTONIO PARDO
25  on this date.
26
27  _____                  _____
    INTERPRETER                               Date
28

                                  22