E. MARTIN ESTRADA
1  United States Attorney
MACK E. JENKINS
2  Assistant United States Attorney
Chief, Criminal Division
3  JULIE J. SHEMITZ (Cal. Bar No. 224093)
Assistant United States Attorney
4  International Narcotics, Money Laundering & Racketeering Section
      1400 United States Courthouse
5      312 North Spring Street
      Los Angeles, California 90012
6      Telephone: (213) 894-5735
      Facsimile: (213) 894-0142
7      Cell:      (213) 500-9369
      E-mail:    julie.shemitz@usdoj.gov
8
Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

10                    UNITED STATES DISTRICT COURT

11            FOR THE CENTRAL DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,         No. 2:23-CR-00524(A)-DMG

13          Plaintiff,

14                                    STIPULATION REGARDING REQUEST FOR
                                      (1) CONTINUANCE OF TRIAL DATE(S)
              v.                      AND (2) FINDINGS OF EXCLUDABLE
15                                    TIME PERIODS PURSUANT TO SPEEDY
    EDGAR JOEL MARTINEZ-REYES ET      TRIAL ACT
16    AL.,
                                      **CURRENT TRIAL DATES:    11/5/24;**
17          Defendants.               **3/25/2025**
                                      **PROPOSED TRIAL DATE:    5/19/2025**
18

19

20        Plaintiff United States of America, by and through its counsel

21  of record, the United States Attorney for the Central District of

22  California and Assistant United States Attorney Julie J. Shemitz, and

23  defendants EDGAR JOEL MARTINEZ-REYES ("MARTINEZ-REYES"), both

24  individually and by and through his counsel of record, Zaura

25  Villagomez; SAI ZHANG ("ZHANG"), both individually and by and through

26  his counsel of record, Rueven L. Cohen and Youngbin Son; CHENGWU HE,

27  both individually and by and through his counsel of record, Victor

28

Sherman; BERNARDO MAUBERIS ("MAUBERIS"), both individually and by and through his counsel of record, Robert M. Helfend; PANYU ZHAO, both individually and by and through his counsel of record, Louis J. Shapiro; RAUL CONTRERAS, individually, and by and through his counsel of record, Charles C. Brown; GUILLERMO ZAMBRANO, individually, and by and through his counsel of record, John Targowski; LUIS BELANDRIA-CONTRERAS ("BELANDRIA-CONTRERAS"), both individually and by and through his counsel of record, Oliver P. Cleary; HANG SU ("SU"), both individually and by and through his counsel of record, Michael D. Walsh; JIAYUNG YU, both individually, and by and through his counsel of record, Jonathan Perliss; XIAOLEI YE, both individually, and by and through his counsel of record, Edward M. Robinson; XUANYI MU ("MU"), both individually and by and through his counsel of record, Donald M. Matson; SHOU YANG, individually, and by and through his counsel of record, Robert C. Hsu; DIEGO ACOSTA OVALLE, both individually, and by and through his counsel of record,       OSCAR EDUARDO MAYORGA ("MAYORGA"), both individually and by and through his counsel of record, Matthew J. Lombard; VIDAL LICON-ROBLES ("LICON-ROBLES"), both individually and by and through his counsel of record, Robert Bernstein, LEOPOLDO BERNAL, individually, and by and through his counsel of record, Anthony Solis; JULIO ALEXANDER CABRERA, individually, and by and through his counsel of record, Peter Johnson; JOSE ANTONIO PARDO, individually, and by and through his counsel of record, Michael S. Chernis; and JIANDE ZHOU, individually, and by and through his counsel of record, Kevin Gres, hereby stipulate as follows:

1     1.   On April 4, 2024, a grand jury for the Central District of
2  California returned first superseding indictment as to both <u>United</u>
3  <u>States v. Zhang, et al.</u> and <u>United States v. Martinez-Reyes, et al.</u>
4  Initial appearance and arraignment for defendant CHENGWU HE has been
5  set for August 22, 2024.

6     2.   The Speedy Trial Act, 18 U.S.C. § 3161, requires that the
7  trial commence on or before August 20, 2024.

8     3.   Defendants PEIJI TONG, CHENGWU HE ("C. HE"), DANIEL
9  GONZALEZ, and JIAXUAN HE ("J. HE") have not yet appeared in this
10  district.

11     4.   All defendants who have appeared in this district have been
12  released on bond pending trial.

13     5.   The parties estimate that the trial in this matter will
14  last approximately three weeks.  All defendants are joined for trial
15  and a severance has not been granted.

16     6.   By this stipulation, the parties move to continue the trial
17  date to and the status conference to October 21, 2025 and the status
18  conference to October 8, 2025.

19     7.   Defendants request the continuance based upon the following
20  facts, which the parties believe demonstrate good cause to support
21  the appropriate findings under the Speedy Trial Act:

22        a.   Counsel for defendants represent that they have
23  various prior obligations and trial conflicts as set out in Exhibit A
24  hereto. Counsel for defendants also represent that additional time is
25  necessary to confer with their defendants, conduct and complete an
26  independent investigation of the case, conduct and complete
27  additional legal research including for potential pre-trial motions,

28

1  review the discovery and potential evidence in the case, and prepare

2  for trial in the event that a pretrial resolution does not occur.

3  Defense counsel represent that failure to grant the continuance would

4  deny them reasonable time necessary for effective preparation, taking

5  into account the exercise of due diligence.

6          b.    Defendants believe that failure to grant the

7  continuance will deny them continuity of counsel and adequate

8  representation.

9          c.    The government does not object to the continuance.

10          d.    The requested continuance is not based on congestion

11  of the Court's calendar, lack of diligent preparation on the part of

12  the attorney for the government or the defense, or failure on the

13  part of the attorney for the Government to obtain available

14  witnesses.

15     8.   For purposes of computing the date under the Speedy Trial

16  Act by which defendants' trial must commence, the parties agree that

17  the time period of January 2, 2024 to October 21, 2025, inclusive,

18  should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A),

19  (h)(7)(B)(i) and (h)(7)(B)(iv) because the delay results from a

20  continuance granted by the Court at defendants' request, without

21  government objection, on the basis of the Court's finding that:

22  (i) the ends of justice served by the continuance outweigh the best

23  interest of the public and defendant in a speedy trial; (ii) failure

24  to grant the continuance would be likely to make a continuation of

25  the proceeding impossible, or result in a miscarriage of justice; and

26  (iii) failure to grant the continuance would unreasonably deny

27  defendant continuity of counsel and would deny defense counsel the

28

1  reasonable time necessary for effective preparation, taking into

2  account the exercise of due diligence.

3      9.    Nothing in this stipulation shall preclude a finding that

4  other provisions of the Speedy Trial Act dictate that additional time

5  periods be excluded from the period within which trial must commence.

6  Moreover, the same provisions and/or other provisions of the Speedy

7  Trial Act may in the future authorize the exclusion of additional

8  time periods from the period within which trial must commence.

9      IT IS SO STIPULATED.
   Dated: August 5, 2024            Respectfully submitted,

10

11                                   E. MARTIN ESTRADA
                                     United States Attorney

12                                   MACK E. JENKINS
                                     Assistant United States Attorney
13                                   Chief, Criminal Division

14

15       _____/s/_____
                                     JULIE J. SHEMITZ
16                                   Assistant United States Attorney

17                                   Attorneys for Plaintiff
                                     UNITED STATES OF AMERICA

18

19

20      I am EDGAR MARTINEZ-REYES's attorney.  I have carefully

21  discussed every part of this stipulation and the continuance of the

22  trial date with my client. I have fully informed my client of his

23  Speedy Trial rights.  To my knowledge, my client understands those

24  rights and agrees to waive them.  I believe that my client's decision

25  to give up the right to be brought to trial earlier than _____

26  is an informed and voluntary one.

27  _____        _____
    ZAIRA VILLAGOMEZ                          Date
28

                                   5

Attorney for Defendant
EDGAR MARTINEZ-REYES

    I have read this stipulation and have carefully discussed it
with my attorney. I understand my Speedy Trial rights.  I voluntarily
agree to the continuance of the trial date and give up my right to be
brought to trial earlier than October 21, 2025.  I understand that I
will be ordered to appear in Courtroom 8C of the Federal Courthouse,
350 W. 1st Street, Los Angeles, California on October 21, 2025 at
8:30 a.m.

EDGAR MARTINEZ-REYES                        Date
Defendant

### CERTIFICATION OF INTERPRETER

    I, _____, am fluent in the written and spoken
English and Spanish languages.  I accurately translated this entire
agreement from English into Spanish to defendant EDGAR MARTINEZ-REYES
on this date.

INTERPRETER                                 Date

1    I am SAI ZHANG's attorney.  I have carefully discussed every
2  part of this stipulation and the continuance of the trial date with
3  my client.  I have fully informed my client of his Speedy Trial
4  rights.  To my knowledge, my client understands those rights and
5  agrees to waive them.  I believe that my client's decision to give up
6  the right to be brought to trial earlier than October 21, 2025 is an
7  informed and voluntary one.

8  _____          _____
   RUEVEN L. COHEN                          Date
9  YOUNGBIN SON
   Attorneys for Defendant
10 SAI ZHANG

11

12
       This agreement has been read to me in Mandarin, the language I
13
   understand best, and I have carefully discussed every part of it with
14
   my attorney.  I understand my Speedy Trial rights.  I voluntarily
15
   agree to the continuance of the trial date and give up my right to be
16
   brought to trial earlier than October 21, 2025.  I understand that I
17
   will be ordered to appear at 350 West 1st Street, Los Angeles, CA,
18
   90012, Courtroom 8C, 8th Floor on October 21, 2025 at 8:30 a.m.
19

20 _____          _____
   SAI ZHANG                                Date
21 Defendant

22                    **CERTIFICATION OF INTERPRETER**

23    I, _____, am fluent in the written and spoken

24 English and Mandarin languages.  I accurately translated this entire

25 agreement from English into Mandarin to defendant SAI ZHANG on this

26 date.

27 _____          _____
   INTERPRETER                              Date
28

                                  7

1

2       I am BERNARDO MAUBERIS's attorney.  I have carefully discussed

3   every part of this stipulation and the continuance of the trial date

4   with my client. I have fully informed my client of his Speedy Trial

5   rights.  To my knowledge, my client understands those rights and

6   agrees to waive them.  I believe that my client's decision to give up

7   the right to be brought to trial earlier than October 21, 2025, is an

8   informed and voluntary one.

9   _____        _____
    ROBERT M. HELFEND                        Date
10  Attorney for Defendant
    BERNARDO MAUBERIS
11

12

13      I have read this stipulation and have carefully discussed it

14  with my attorney. I understand my Speedy Trial rights.  I voluntarily

15  agree to the continuance of the trial date, and give up my right to

16  be brought to trial earlier than October 21, 2025.  I understand that

17  I will be ordered to appear in Courtroom 8C of the Federal

18  Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

19  2025 at 8:30 a.m.

20  _____        _____
    BERNARDO MAUBERIS                        Date
21  Defendant

22

23                      **CERTIFICATION OF INTERPRETER**

24      I, _____, am fluent in the written and spoken

25  English and Spanish languages.  I accurately translated this entire

26  agreement from English into Spanish to defendant BERNARDO MAUBERIS on

27  this date.

28

INTERPRETER _____    Date _____

    I am PANYU ZHAO's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

LOUIS J. SHAPIRO _____    Date _____
Attorney for Defendant
PANYU ZHAO

    I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

PANYU ZHAO _____    Date _____
Defendant

### CERTIFICATION OF INTERPRETER

    I, _____, am fluent in the written and spoken English and Mandarin languages.  I accurately translated this entire agreement from English into Mandarin to defendant PANYU ZHAO on this date.

INTERPRETER                                    Date

I am RAUL CONTRERAS's attorney.  I have carefully discussed
every part of this stipulation and the continuance of the trial date
with my client. I have fully informed my client of his Speedy Trial
rights.  To my knowledge, my client understands those rights and
agrees to waive them.  I believe that my client's decision to give up
the right to be brought to trial earlier than October 21, 2025, is an
informed and voluntary one.

CHARLES C. BROWN                               Date
Attorney for Defendant
RAUL CONTRERAS

I have read this stipulation and have carefully discussed it
with my attorney. I understand my Speedy Trial rights.  I voluntarily
agree to the continuance of the trial date, and give up my right to
be brought to trial earlier than October 21, 2025.  I understand that
I will be ordered to appear in Courtroom 8C of the Federal
Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
2025 at 8:30 a.m.

RAUL CONTRERAS                                 Date
Defendant

### CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken
English and Spanish languages.  I accurately translated this entire
agreement from English into Spanish to defendant RAUL CONTRERAS on
this date.

10

INTERPRETER _____     Date _____

    I am GUILLERMO ZAMBRANO's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025, is an informed and voluntary one.

JOHN TARGOWSKI _____     Date _____
Attorney for Defendant
GUILLERMO ZAMBRANO

    I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

GUILLERMO ZAMBRANO _____     Date _____
Defendant

### CERTIFICATION OF INTERPRETER

    I, _____, am fluent in the written and spoken English and Spanish languages.  I accurately translated this entire agreement from English into Spanish to defendant GUILLERMO ZAMBRANO on this date.

1

INTERPRETER _____     Date _____

2

3
    I am HANG SU's attorney.  I have carefully discussed every part

4
of this stipulation and the continuance of the trial date with my

5
client. I have fully informed my client of his Speedy Trial rights.

6
To my knowledge, my client understands those rights and agrees to

7
waive them.  I believe that my client's decision to give up the right

8
to be brought to trial earlier than October 21, 2025 is an informed

9
and voluntary one.

10

MICHAEL D. WALSH _____     Date _____
Attorney for Defendant

11
HANG SU

12

13

14
    I have read this stipulation and have carefully discussed it

15
with my attorney. I understand my Speedy Trial rights.  I voluntarily

16
agree to the continuance of the trial date, and give up my right to

17
be brought to trial earlier than October 21, 2025.  I understand that

18
I will be ordered to appear in Courtroom 8C of the Federal

19
Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

20
2025 at 8:30 a.m.

21

HANG SU _____     Date _____
Defendant

22

23

24
### CERTIFICATION OF INTERPRETER

25
    I, _____, am fluent in the written and spoken

26
English and Mandarin languages.  I accurately translated this entire

27
agreement from English into Mandarin to defendant HANG SU on this

28
date.

1       I am OSCAR EDUARDO MAYORGA'S attorney.  I have carefully

2   discussed every part of this stipulation and the continuance of the

3   trial date with my client.  I have fully informed my client of his

4   Speedy Trial rights.  To my knowledge, my client understands those

5   rights and agrees to waive them.  I believe that my client's decision

6   to give up the right to be brought to trial earlier than October 21,

7   2025 is an informed and voluntary one.

8   _____      _____

    MATTHEW J. LOMBARD                    Date

9   Attorney for Defendant

    OSCAR EDUARDO MAYORGA

10

11

12      I have read this stipulation and have carefully discussed it

13  with my attorney. I understand my Speedy Trial rights.  I voluntarily

14  agree to the continuance of the trial date, and give up my right to

15  be brought to trial earlier than October 21, 2025.  I understand that

16  I will be ordered to appear in Courtroom 8C of the Federal

17  Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

18  2025 at 8:30 a.m.

19  _____      _____

    OSCAR EDUARDO MAYORGA                 Date

20  Defendant

21

22                 **CERTIFICATION OF INTERPRETER**

23      I, _____, am fluent in the written and spoken

24  English and Spanish languages.  I accurately translated this entire

25  agreement from English into Spanish to defendant OSCAR EDUARDO

26  MAYORGA on this date.

27  _____      _____

28  INTERPRETER                          Date

                    18

1      I, _____, am fluent in the written and spoken

2   English and Mandarin languages.  I accurately translated this entire

3   agreement from English into Mandarin to defendant SHOU YANG on this

4   date.

5   _____        _____
    INTERPRETER                             Date
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

agreement from English into Mandarin to defendant XUANYI MU on this date.

_____     _____
INTERPRETER                     Date

    I am SHOU YANG's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

_____     _____
SHOU YANG                       Date
Attorney for Defendant
ROBERT C. HSU

    I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

_____     _____
SHOU YANG                       Date
Defendant

**CERTIFICATION OF INTERPRETER**

16

INTERPRETER

Date

I am XUANYI MU's attorney. I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights. To my knowledge, my client understands those rights and agrees to waive them. I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

DONALD J. MATSON
Attorney for Defendant
XUANYI MU

Date

I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights. I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025. I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

XUANYI MU
Defendant

Date

## CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Mandarin languages. I accurately translated this entire

15

INTERPRETER                          Date

    I am XIAOLEI YE's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

EDWARD M. ROBINSON                   Date
BRIAN ARTHUR ROBINSON
Attorneys for Defendant
XIAOLEI YE

    This agreement has been read to me in Mandarin, the language I understand best, and I have carefully discussed every part of it with my attorney.  I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear at 350 West 1st Street, Los Angeles, CA, 90012, Courtroom 8C, 8th Floor on October 21, 2025 at 8:30 a.m.

XIAOLEI YE                           Date
Defendant

### CERTIFICATION OF INTERPRETER

    I, _____, am fluent in the written and spoken English and Mandarin languages.  I accurately translated this entire agreement from English into Mandarin to defendant XIAOLEI YE on this date.

14

INTERPRETER                                    Date

I am JIAYONG YU's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

JONATHON PERLISS                               Date
Attorney for Defendant
JIAYONG YU


This agreement has been read to me in Mandarin, the language I understand best, and I have carefully discussed every part of it with my attorney.  I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear at 350 West 1st Street, Los Angeles, CA, 90012, Courtroom 8C, 8th Floor on October 21, 2025 at 8:30 a.m.

JIAYONG YU                                     Date
Defendant

## CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Mandarin languages.  I accurately translated this entire agreement from English into Mandarin to defendant JIAYONG YU on this date.

13

I am VICTOR RODRIGUEZ-TRUJILLO's attorney. I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights. To my knowledge, my client understands those rights and agrees to waive them. I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

_____          _____
EDVIN S. FLORES                                          Date
Attorney for Defendant
VICTOR RODRIGUEZ-TRUJILLO


I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights. I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025. I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

_____          _____
VICTOR RODRIGUEZ-TRUJILLO                       Date
Defendant


### CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Spanish languages. I accurately translated this entire agreement from English into Spanish to defendant VICTOR RODRIGUEZ-TRUJILLO on this date.

_____          _____
INTERPRETER                                              Date

19

I am VIDAL LICON-ROBLES's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

_____          _____
ROBERT BERNSTEIN                          Date
Attorney for Defendant
VIDAL LICON-ROBLES


I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

_____          _____
VIDAL LICON-ROBLES                        Date
Defendant


## CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Spanish languages.  I accurately translated this entire agreement from English into Spanish to defendant VIDAL LICON-ROBLES on this date.

_____          _____
INTERPRETER                               Date

1    I am LEOPOLDO BERNAL's attorney. I have carefully discussed

2  every part of this stipulation and the continuance of the trial date

3  with my client. I have fully informed my client of his Speedy Trial

4  rights.  To my knowledge, my client understands those rights and

5  agrees to waive them.  I believe that my client's decision to give up

6  the right to be brought to trial earlier than October 21, 2025 is an

7  informed and voluntary one.

8  _____          _____
   ANTHONY M. SOLIS                      Date
9  Attorney for Defendant
   LEOPOLDO BERNAL
10

11     I have read this stipulation and have carefully discussed it

12  with my attorney. I understand my Speedy Trial rights.  I voluntarily

13  agree to the continuance of the trial date, and give up my right to

14  be brought to trial earlier than October 21, 2025.  I understand that

15  I will be ordered to appear in Courtroom 8C of the Federal

16  Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

17  2025 at 8:30 a.m.

18

19  _____          _____
   LEOPOLDO BERNAL                       Date
20  Defendant

21

22                    **CERTIFICATION OF INTERPRETER**

23     I, _____, am fluent in the written and spoken

24  English and Spanish languages.  I accurately translated this entire

25  agreement from English into Spanish to defendant LEOPOLDO BERNAL on

26  this date.

27  _____          _____
   INTERPRETER                           Date
28

I am JULIO ALEXANDER CABRERA's attorney. I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights. To my knowledge, my client understands those rights and agrees to waive them. I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

_____     _____
PETER JOHNSON                        Date
Attorney for Defendant
JULIO ALEXANDER CABRERA


I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights. I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025. I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

_____     _____
JULIO ALEXANDER CABRERA              Date
Defendant


### CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Spanish languages. I accurately translated this entire agreement from English into Spanish to defendant JULIO ALEXANDER CABRERA on this date.

_____     _____
INTERPRETER                          Date

22

1    I am JOSE ANTONIO PARDO's attorney.  I have carefully discussed
2  every part of this stipulation and the continuance of the trial date
3  with my client. I have fully informed my client of his Speedy Trial
4  rights.  To my knowledge, my client understands those rights and
5  agrees to waive them.  I believe that my client's decision to give up
6  the right to be brought to trial earlier than October 21, 2025 is an
7  informed and voluntary one.

8  _____        _____
   MICHAEL S. CHERNIS                     Date
9  Attorney for Defendant
   JOSE ANTONIO PARDO
10

11

12    I have read this stipulation and have carefully discussed it
   with my attorney. I understand my Speedy Trial rights.  I voluntarily
13
   agree to the continuance of the trial date, and give up my right to
14
   be brought to trial earlier than October 21, 2025.  I understand that
15
   I will be ordered to appear in Courtroom 8C of the Federal
16
   Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
17
   2025 at 8:30 a.m.
18

19 _____        _____
   JOSE ANTONIO PARDO                     Date
20 Defendant

21

22                    **CERTIFICATION OF INTERPRETER**

23    I, _____, am fluent in the written and spoken

24 English and Spanish languages.  I accurately translated this entire

25 agreement from English into Spanish to defendant JOSE ANTONIO PARDO

26 on this date.

27 _____        _____
   INTERPRETER                            Date
28

                                  23

1

2      I am JIANDE ZHOU's attorney.  I have carefully discussed every

3   part of this stipulation and the continuance of the trial date with

4   my client. I have fully informed my client of his Speedy Trial

5   rights.  To my knowledge, my client understands those rights and

6   agrees to waive them.  I believe that my client's decision to give up

7   the right to be brought to trial earlier than October 21, 2025 is an

8   informed and voluntary one.

9   _____          _____8/9/24_____
    JIANDE ZHOU                                Date

10  Attorney for Defendant
    KEVIN D. GRES

11

12

13     I have read this stipulation and have carefully discussed it

14  with my attorney. I understand my Speedy Trial rights.  I voluntarily

15  agree to the continuance of the trial date, and give up my right to

16  be brought to trial earlier than October 21, 2025.  I understand that

17  I will be ordered to appear in Courtroom 8C of the Federal

18  Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

19  2025 at 8:30 a.m.

20  _____          ____8/9/2024_____
    JIANDE ZHOU                                Date

21  Defendant

22

23                    **CERTIFICATION OF INTERPRETER**

24     I, __Yanyan Liu__, am fluent in the written and spoken

25  English and Mandarin languages.  I accurately translated this entire

26  agreement from English into Mandarin to defendant JIANDE ZHOUon this

27  date.

28

_____        08/09/2024
INTERPRETER                             Date

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28