```
1  _____     _____
   INTERPRETER                           Date
2
3
4      I am XUANYI MU's attorney. I have carefully discussed every
5  part of this stipulation and the continuance of the trial date with
6  my client. I have fully informed my client of his Speedy Trial
7  rights. To my knowledge, my client understands those rights and
8  agrees to waive them. I believe that my client's decision to give up
9  the right to be brought to trial earlier than October 21, 2025 is an
10 informed and voluntary one.
11 _____/s/ Donald J. Matson_____    ___8/8/2024_____
   DONALD J. MATSON                          Date
12 Attorney for Defendant
   XUANYI MU
13
14     I have read this stipulation and have carefully discussed it
15 with my attorney. I understand my Speedy Trial rights. I voluntarily
16 agree to the continuance of the trial date, and give up my right to
17 be brought to trial earlier than October 21, 2025. I understand that
18 I will be ordered to appear in Courtroom 8C of the Federal
19 Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
20 2025 at 8:30 a.m.
21 _____/s/ Xuanyi Mu_____    ___08/08/2024_____
   XUANYI MU                                 Date
22 Defendant
23
24                    CERTIFICATION OF INTERPRETER
25     I, ___Ivan Lam___, am fluent in the written and spoken
26 English and Mandarin languages. I accurately translated this entire
27
28
                                   15
```

1  agreement from English into Mandarin to defendant XUANYI MU on this
2  date.

3  _____     ___8/8/2024_____
4  INTERPRETER                        Date

5

6      I am SHOU YANG's attorney. I have carefully discussed every
7  part of this stipulation and the continuance of the trial date with
8  my client. I have fully informed my client of his Speedy Trial
9  rights. To my knowledge, my client understands those rights and
10 agrees to waive them. I believe that my client's decision to give up
11 the right to be brought to trial earlier than October 21, 2025 is an
12 informed and voluntary one.

13 _____     _____
   SHOU YANG                          Date
14 Attorney for Defendant
   ROBERT C. HSU

15

16     I have read this stipulation and have carefully discussed it
17 with my attorney. I understand my Speedy Trial rights. I voluntarily
18 agree to the continuance of the trial date, and give up my right to
19 be brought to trial earlier than October 21, 2025. I understand that
20 I will be ordered to appear in Courtroom 8C of the Federal
21 Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
22 2025 at 8:30 a.m.

23 _____     _____
   SHOU YANG                          Date
24 Defendant

25

26                    **CERTIFICATION OF INTERPRETER**

27

28                                  16